AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Edward Penetar            )      USAO CW No. 26-093

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>David Burgos<br>*Defendant(s)* | )<br>)<br>)  Case No. 26-MJ-1339<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 1 and 9, 2026  in the county of  Bucks and Philadelphia  in the
Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | Distribution of 40 grams or more of a mixture and substance containing a detectable amount of fentanyl |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Dale T. Keddie, Jr.
*Complainant's signature*

Dale T. Keddie, Jr., DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed by telephone.

Date: _____

Digitally signed by Caroline Goldner Cinquanto
Date: 2026.07.10 10:00:00 -04'00'

*Judge's signature*

City and state:        Philadelphia, Pennsylvania

Hon. Caroline Goldner Cinquanto, U.S. Magistrate Judge
*Printed name and title*